# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Kimberly Wells**

    Plaintiff

vs.                         **CASE NUMBER: 6:20-cv-925 (DJS)**

**Commissioner of Social Security**

    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the decision of the Commissioner denying Plaintiff disability benefits is REVERSED and the matter is REMANDED for further proceedings pursuant to sentence four of section 405(g).

All of the above pursuant to the order of the Honorable Daniel J. Stewart, dated the 24th day of February, 2022.

DATED: February 24, 2022

*[signature: John Domurad]*
Clerk of Court

                                                    s/Kathy Rogers
                                                    Deputy Clerk